| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br>**Mukhtaar M. Watkins** | Case No.<br>Chapter:<br>Judge: | **20-13675**<br>**13** |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Mukhtaar M. Watkins**_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: **February 21, 2025**         /s/ Mukhtaar M. Watkins
                                    **Mukhtaar M. Watkins**
                                    Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev.8/1/18