| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Mukhtaar M. Watkins<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6574<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:  20–13675–ABA | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mukhtaar M. Watkins

<u>6/24/25</u>    **By the court:** <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 20-13675-ABA
Mukhtaar M. Watkins                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                  User: admin                                     Page 1 of 3
Date Rcvd: Jun 24, 2025               Form ID: 3180W                              Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mukhtaar M. Watkins, 128 Meadow Lark Road, Stratford, NJ 08084-1912 |
| aty | + | Phelan Hallinan Diamond & Jones, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | ARC HOME LLC (F/K/A WEI MORTGAGE LLC), Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518979812 | + | Ally Financial, Law Offices of John R. Morton, Jr., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 518745760 | + | Phelan Hallinan Diamond & Jones, Attn:, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 24 2025 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 24 2025 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: GMACFS.COM | Jun 25 2025 00:38:00 | Ally Capital, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| lm | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 24 2025 20:49:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 24 2025 20:49:00 | Freedom Mortgage Corporation, Attn: BK Dept., 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 518825087 | | EDI: GMACFS.COM | Jun 25 2025 00:38:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519255349 | + | EDI: AISACG.COM | Jun 25 2025 00:38:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518745747 | + | EDI: GMACFS.COM | Jun 25 2025 00:38:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 518745750 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 24 2025 20:51:36 | CC Holdings/CardMember Services, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518777798 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 24 2025 20:51:46 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518745748 | + | EDI: CAPITALONE.COM | Jun 25 2025 00:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518745749 | + | EDI: CAPONEAUTO.COM | Jun 25 2025 00:38:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

| Recipient # | Code | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518745751 | + | EDI: JPMORGANCHASE | Jun 25 2025 00:38:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 518745752 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 24 2025 20:52:06 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518745753 | | Email/Text: bankruptcycourts@equifax.com | Jun 24 2025 20:49:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 518745754 | ^ | MEBN | Jun 24 2025 20:43:15 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 518745755 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 24 2025 20:49:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519026954 | | Email/Text: Bankruptcy@Freedommortgage.com | Jun 24 2025 20:49:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 519026955 | | Email/Text: Bankruptcy@Freedommortgage.com | Jun 24 2025 20:49:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 518745756 | + | EDI: IRS.COM | Jun 25 2025 00:38:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518751716 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2025 20:51:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518745757 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2025 20:52:10 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 518821044 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 24 2025 20:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518745758 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 24 2025 20:50:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 518745759 | + | EDI: AGFINANCE.COM | Jun 25 2025 00:38:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519028387 | | EDI: PRA.COM | Jun 25 2025 00:38:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519028388 | | EDI: PRA.COM | Jun 25 2025 00:38:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518812059 | | EDI: PRA.COM | Jun 25 2025 00:38:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518745761 | + | Email/Text: dnj@pbslaw.org | Jun 24 2025 20:49:00 | Pluese, Becker Saltzman, LLC, Attn:, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 518745763 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 24 2025 20:49:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 518745762 | + | Email/Text: bkteam@selenefinance.com | Jun 24 2025 20:49:00 | Selene Finance, Attn: Bankruptcy, Po Box 422039, Houston, TX 77242-4239 |
| 518745764 | ^ | MEBN | Jun 24 2025 20:43:27 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 518745765 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 24 2025 20:50:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518832069 | | ARC HOME LLC |
| 519134126 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519134127 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com |
| Robert P. Saltzman | on behalf of Creditor Freedom Mortgage Corporation dnj@pbslaw.org |
| Thomas G. Egner | on behalf of Debtor Mukhtaar M. Watkins tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9